Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)



All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this petition and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Martin Johnson   10A0687
2. _____

-VS-

**B.     Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. New York State DOC/DCF
2. N Lopez   Correction Officer
3. N Johnson   Correction Officer
   New York State
4. C.O. Hricenberg   Correction Officer
5. John Doe   Correction Officer
6. John Doe   Correction Officer

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Martin Johnson - 10A0687
Present Place of Confinement & Address: Southport Correctional Facility 236 Bob Masia Drive P.O. Box 2000 Pine City, New York 14871-2000

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: N Lopez
(If applicable) Official Position of Defendant: Correction Officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Downstate Correctional Facility Box F Red Schoolhouse Road Fishkill, New York 12524-0445

Name of Defendant: N Johnson
(If applicable) Official Position of Defendant: Correction Officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Downstate Correctional Facility Box F Red Schoolhouse Road Fishkill, N.Y. 12524-0445

Name of Defendant: H Ricenberg
(If applicable) Official Position of Defendant: Correction Officer
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Downstate Correctional Facility Box F Red Schoolhouse Road Fishkill, N.Y. 12524-0445 And (2) two other John Doe's

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending?  Yes____  No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes____  No____

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending?  Yes____  No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)



- Religion
- Free Speech
- Due Process
- Equal Protection
- ASSAULT

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) __3-22-10  7:20 AM__,
defendant (give the **name and position held** of **each defendant** involved in this incident) __N Lopez, N Johnson and H. Ricenberg All of which are Correction Officer's and (2) two other male John Doe's to which are Correction Officer's__
did the following to me (briefly state what each defendant named above did): __Ricenberg and a few other male officer's held me down and let officer's N Lopez and N Johnson beat my leg's with those belly club stick's while laughing. Remember Downstate was well aware of my being an already handicap man because I came to downstate on crutches and/or cane on 2-12-10 so why maliciously assault someone who's handicap__

The constitutional basis for this claim under 42 U.S.C. § 1983 is: __Cruel Malicous and Intentional Assualt of the Eighth Amendment claim__
The relief I am seeking for this claim is (briefly state the relief sought): __One hundred million dollars__

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? __✓__ Yes ____ No  If yes, what was the result? __Grievance Denied__

Did you appeal that decision? __✓__ Yes ____ No  If yes, what was the result? __Still waiting__

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: __I greived the issue to superintendent and Dep. of security to try and resolve this diplimaticly and they simply return greivance saying "NO"__

A. **SECOND CLAIM:** On (date of the incident) __3-22-10  7:20 AM__,
defendant (give the **name and position held** of **each defendant** involved in this incident) __N Lopez, N Johnson, Ricenberg and a few other male officer's__

5

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____

_____

_____

_____

Do you want a jury trial? Yes____ No____

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ____5-4-10____
                        (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____Martin Johnson_____

_____

                              Signature(s) of Plaintiff(s)