LAW OFFICES

# GAMIEL A. RAMSON

277 BROADWAY, SUITE 1606

NEW YORK, N.Y. 10007

(212) 962 - 0801

AMY JOCELYN RAMSON
ADMITTED IN NY AND GA
MURRAY RAMSON (RET.)

July 29, 2011

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Att'n:  Pro Se Office

via Express Mail

          re:    Martin Johnson v. New York State DOC/DCF
                10 Civ 9532 (DLC)

Dear Sir,

      Enclosed please find the Amended Complaint for filing in the above action on behalf of Martin Johnson,

      You may send the Rule 4 since package to the address as Mr. Martin's current address is temporary.

      If you have any questions, please do not hesitate to contact me.

      Thank you for your courtesies in this matter.

                            Very truly yours,

                            Gamiel A. Ramson

GAR:mc
Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN JOHNSON

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
CORRECTION OFFICER NANCY LOPEZ
CORRECTION OFFICER NEVA JOHNSON
CORRECTION OFFICER HUGH RICENBERG
CORRECTION OFFICER JOHN DOE
CORRECTION OFFICE JOHN DOE
THE STATE OF NEW YORK

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☒ Yes     ☐ No

(check one)

10___ Civ. _9532_____ (DLC)

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's        Name__ Martin Johnson _____
                   ID#__ DIN # 10A0687 _____
                   Current Institution
Current            Address____ 889 St. Nicholas Avenue, 605 _____
                              New York, NY 10032 _____

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

                                              Correctional Services
Defendant No. 1    Name New York State Department of /_____ Shield #_____
                   Where Currently Employed _____
                   Address c/o Office of Attorney General
                           120 Broadway
                           New York, NY 10271

Defendant No. 2   Name  Correction Officer Nancy Lopez          Shield #_____
                  Where Currently Employed  Downstate Correctional Facility
                  Address  121 Red Schoolhouse Road, P.O. Box 445
                           Fishkill, NY 12524-0045

Defendant No. 3   Name  Correction Officer Neva Johnson         Shield #_____
                  Where Currently Employed  Downstate Correctional Facility
                  Address  121 Red Schoolhouse Road, P.O. Box 445
                           Fishkill, NY 12524-0045

<div style="border:1px solid #000; display:inline-block; padding:4px;">Who did<br>what?</div>

Defendant No. 4   Name  Correction Officer of Hugh Ricenberg Shield #_____
                  Where Currently Employed  Downstate Correctional Facility
                  Address  121 Red Schoolhouse Road, P.O. Box 445
                           Fishkill, NY 12524-0045

Defendant No. 5   Name  The State of New York                  Shield #_____
                  Where Currently Employed  c/o Office of Attorney General
                  Address  120 Broadway
                           New York, NY 10271

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

Downstate Correctional Facility

B.    Where in the institution did the events giving rise to your claim(s) occur?

The entranceway to the housing area of Complex 1

C.    What date and approximate time did the events giving rise to your claim(s) occur?

March 22, 2010, 7:20 a.m.

<div style="border:1px solid #000; display:inline-block; padding:4px;">What<br>happened<br>to you?</div>

D.    Facts: C.O. Hugh Ricenberg and a few other male officers held me down and let C.O. Nancy Lopez and C.O. Neva Johnson beat my legs with billy club sticks while laughing.  I have broken screws in my left leg/hip area from a prior injury that the Correction Officers at

Downstate C. F. were well aware of.  They were aware that I was handicapped man because I came to Downstate C. F. on crutches and/or cane on 2-12-10. The Defendants maliciously and vindictively beat and assaulted with evil behavior someone who is handicaped.  I was the hemmed up and dragged by two male officers to my cell number 1E35 where I was then taken to the infirmary where x-rays were taken and medication given for pain and stayed there 8 or 9 days

        Claims for :  1)  Assault

                    2)  Excessive force

                    3)  Failure to Protect

      The constitutional basis for the claims under 42 U.S.C.§1983 are cruel, malicious and intentional assault of the Eighth Amendment claim

| |
|---|
| Was anyone else involved? |

| |
|---|
| Who else saw what happened? |

## III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

    Tremendous pain and suffering, swollen legs, worsening of broken screw condition in left leg/hip area to be determined, emotional distress

## IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

      Yes   **X**   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

__Downstate Correctional Facility__

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __X__   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes __X__   No ____   Do Not Know ____

If YES, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __X__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?
__Downstate Correctional Facility__

1.   Which claim(s) in this complaint did you grieve?
__All__

2.   What was the result, if any?
__Denied__

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
__The grievance was appealed.  Never received a response.__

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you
      informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies.
            I grieved the issue to the superintendent and Deputy of
      Security to try to resolve this diplomatically, and they simply
      returned that grievance saying "No".
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____
            One hundred million dollars
            personal injuries, pain and suffering, punitive damages
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*                                    5

_____

_____

_____

**VI.    Previous lawsuits:**

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No  X__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____ No _____
     If NO, give the approximate date of disposition_____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No  X__

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

*Rev. 01/2010*                                    6

6.    Is the case still pending?  Yes _____  No _____
      If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there
      judgment in your favor?  Was the case appealed?) _____
      _____
      _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **29** day of **July** , 20**11**.

Signature of Plaintiff _____

Inmate Number            10A0687_____

Institution Address        889 St. Nicholas Avenue, 605
                           New York, NY 10032_____
                           _____
                           _____


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
         their inmate numbers and addresses.

I declare under penalty of perjury that on this **29** day of **July** , 20**11**, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff: _____


*Rev. 01/2010*                                    7