USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MARTIN JOHNSON,                         :
                        Plaintiff,      :
                                        :      10 Civ. 9532 (DLC)
              -v-                       :
                                        :      MEMORANDUM OPINION
THE STATE OF NEW YORK, et al.,          :          & ORDER
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

        On January 31, 2012, defendants the State of New York

and the New York State Department of Corrections and Community

Supervision ("DOCCS") moved to dismiss based on the doctrine of

sovereign immunity.  "[A]s a general rule, state governments may

not be sued in federal court unless they have waived their

Eleventh Amendment immunity, or unless Congress has abrogated

the states' Eleventh Amendment immunity when acting pursuant to

its authority under Section 5 of the Fourteenth Amendment."

Gollomp v. Spitzer, 568 F. 3355, 366 (2d Cir. 2009) (citation

omitted).  "The immunity recognized by the Eleventh Amendment

extends beyond the states themselves to state agents and state

instrumentalities that are, effectively, arms of a state."  Id.

(citation omitted); see also Pennhurst State Sch. & Hosp. v.

Halderman, 465 U.S. 89, 100 (1984).

     New York State has not waived its sovereign immunity.  Nor

has Congress, through § 1983, abrogated the state's immunity.

See Santiago v. New York State Dept. of Corr. Servs., 945 F.2d 25, 31 (2d Cir. 1991).  DOCCS is an arm of the state. Consequently, plaintiff's claims against the State of New York and DOCCS, an agency of the State of New York, are barred by the Eleventh Amendment and must be dismissed.

CONCLUSION

The January 31 motion to dismiss is granted.  The Clerk of Court shall remove the defendants the State of New York and DOCCS from this action.

SO ORDERED:

Dated:     New York, New York
           February 1, 2012

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Martin Johnson
B&C #900-11-01684
Otis Bantum Corrections Center (OBCC)
16-00 Hazen Street
East Elmhurst, NY 11370

Donald Nowve
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271