```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARTIN JOHNSON,                          :
                                         :    10 Civ. 9532 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
THE STATE OF NEW YORK, et al.,           :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

This matter having been placed on this Court's February 11 trial ready calendar, it is hereby

ORDERED that the final pretrial conference is scheduled for **February 6, 2013** at **10 a.m.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         January 15, 2013

                                         _____
                                              DENISE COTE
                                         United States District Judge

COPIES MAILED TO:

Martin Johnson
233 N. Arlington Avenue, #6-C
East Orange, NJ 07018

Martin Johnson
1345 Franklin Avenue, #6D
Bronx, NY 10456